**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Noel BRAVO–SOSA, Defendant–Appellant.**

No. 06–10282.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 28, 2007.

---

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Noel Bravo–Sosa appeals from the district court's judgment upon limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), concluding that his 293–month sentence would not have been materially different under the advisory Sentencing Guidelines. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Bravo–Sosa contends that the district court failed to adequately state reasons for the sentence, and that the sentence is unreasonable under 18 U.S.C. § 3553(a). However, the district court considered the sentence upon limited remand and determined that it would not have imposed a materially different sentence under an advisory Guidelines system. We conclude that the district court understood the full scope of its discretion following *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See United States v. Combs,* 470 F.3d 1294, 1296–97 (9th Cir.2006). Accordingly, the district court's decision was reasonable. *See id.*

**AFFIRMED.**

Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Michael B. Bigelow, Esq., Sacramento, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.